**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Louis Rudisill, | No. CV-13-01149-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Charles Ryan, et al., | |
| Defendants. | |

On February 5, 2016, by Order (Doc. 139). this Court terminated this case pursuant to an Amended Stipulation (Doc. 119) calling for certain actions to be taken by Defendants and for oversite by a Court Monitor, James Austin, Ph.D., who has been monitoring Arizona Department of Corrections, Rehabilitation and Reentry's (ADCRR) progress and compliance for the last 5 years (2016-2023). He indicates that ADCRR has successfully integrated and recommends an end to monitoring. Defendants' request termination of the Amended Stipulation. There is no objection, and the Court finds good cause,

**Accordingly,**

**IT IS ORDERED** that the Defendants' Motion to Terminate Amended Stipulation for Order and all Amendments Thereto (Doc. 145) is GRANTED.

/////
/////
/////
/////

**IT IS FURTHER ORDERED** that the Amended Stipulation for Order (Doc. 119) and any amendments thereto is hereby formally terminated.

Dated this 12th day of February, 2024.

Honorable Cindy K. Jorgenson
United States District Judge